IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 17-26-M-DLC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| ALICIA ROSE ROONEY | |
| Defendant. | |

The United States has filed a motion to quash the arrest warrant issued on August 31, 2017, and to issue a summons for Defendant's appearance on the Indictment filed against her. Accordingly,

IT IS ORDERED that the motion to quash is GRANTED. Defendant's initial appearance and arraignment are set for September 26, 2017, at 9:30 a.m. at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana. The Clerk of Court is directed to issue a summons directing Defendant to appear at the designated time.

DATED this 5th day of September, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1